**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

OLAS V. ALLEN                                                                                           PLAINTIFF

v.                                            No. 4:05CV01497 JLH

PETIT JEAN ELECTRIC COOPERATIVE
CORPORATION; THE NRECA GROUP BENEFITS
PROGRAM; and COOPERATIVE BENEFIT
ADMINISTRATORS, INC.                                                                            DEFENDANTS

## JUDGMENT

Pursuant to the Opinion and Order entered separately today, judgment is hereby entered in favor of the National Rural Electric Cooperative Association and Cooperative Benefit Administrators, Inc.  The complaint of Olas V. Allen is dismissed with prejudice.

IT IS SO ORDERED this   30th   day of May, 2006.

J. LEON HOLMES
UNITED STATES DISTRICT JUDGE